JOHN A. GRAHAM *v.* COMMISSIONER OF
CORRECTION
(14484)

Foti, Lavery and Cretella, Js.

Argued October 3—decision released October 24, 1995

*William T. Koch, Jr.*, with whom, on the brief, was *Richard T. Miller*, certified legal intern, for the appellant (petitioner).

*Kevin T. Kane*, state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.